

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2021

No. 04-21-00406-CV

**IN THE INTEREST OF X.L.C., A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01100
Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellant's brief was due on December 13, 2021. However, the appellant has filed her second motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **January 4, 2022**.

**Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court